October 01, 2010

Mr. James T. Liston
Spagnoletti & Co.
401 Louisiana, 8th Floor
Houston , Tx 77002-1629

Ms. Raethella Jones
Brazoria County District Attorney's Office
111 E. Locust, Suite408A
Angleton, TX 77515
Ms. Jerilynn Yenne
Criminal District Attorney
111 E. Locust, Suite 408A
Angleton, TX 77515

RE: Case Number: 09-0369
 Court of Appeals Number: 14-08-00210-CV
 Trial Court Number: 36907

Style: GLENN COLQUITT
 v.
 BRAZORIA COUNTY

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion and
enclosed judgment in the above-referenced cause. You may obtain a copy of
the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Christopher A. |
| |Prine |
| |Mr. Andrew T. |
| |McKinney |
| |Mr. Jerry Deere |
| |Ms. Mary M. |
| |Markantonis |